UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LINDA POPLAWSKI,

    Plaintiff,

vs.

ERIC PEDERSEN, ROSE RICHARDSON; and DOLLAR TREE,

    Defendant.

No. 18-cv-01704-BJR

STIPULATED ORDER FOR DISMISSAL OF ALL CLAIMS BETWEEN PLAINTIFF AND DEFENDANTS ROSE RICHARDSON AND DOLLAR TREE STORES, INC.

THIS MATTER, having come before the Court on the Stipulated Motion for Dismissal of all Claims Between Plaintiff and Defendants Rose Richardson and Dollar Tree Stores, Inc., the Court having reviewed the records and files herein. The motion is GRANTED, and it is hereby ORDERED that the following claims are dismissed with prejudice and without fees or costs awarded to any party:

1. All of plaintiff's claims against Rose Richardson and Dollar Tree Stores, Inc.; and
2. All claims and counterclaims brought by Rose Richardson and Dollar Tree Stores, Inc. against plaintiff.

STIPULATED ORDER FOR DISMISSAL OF ALL CLAIMS - 1
18-cv-01704-BJR
Poplawski Stip Dismissal

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1     ENTERED this 4th day of March, 2019.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

LEE SMART, P.S., INC.

By: */s/ Jeffrey R. Kaatz*
    Jeffrey P. Downer, WSBA No. 12625
    Jeffrey R. Kaatz WSBA No. 49709
    Of attorneys for defendants Rose
    Richardson and Dollar Tree Stores, Inc.

CARNEY GILLESPIE ISITT PLLP

By: */s/ Sean P. Gillespie*
    Sean P. Gillespie, WSBA No. 35363
    Christopher R. Carney, WSBA No. 30325
    Kenan L. Isitt, WSBA No. 35317
    Of attorneys for plaintiff

CHRISTIE LAW GROUP, PLLC

By: */s/ Thomas P. Miller*
    Thomas P. Miller, WSBA No. 34473
    Ann E. Trivett, WSBA No. 39228
    Of attorneys for defendant Eric Pedersen

BETWEEN PLAINTIFF AND DEFENDANTS ROSE RICHARDSON AND DOLLAR TREE STORES, INC. - 2
18-cv-01704-BJR
Poplawski Stip Dismissal

BETWEEN PLAINTIFF AND DEFENDANTS ROSE RICHARDSON AND DOLLAR TREE STORES, INC. - 2
18-cv-01704-BJR
Poplawski Stip Dismissal

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944