**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LINDA POPLAWSKI, <br><br> Plaintiff, <br><br> V. <br><br> ERIC PEDERSEN, et al, <br><br> Defendants. | No. 2:18-cv-01704-BJR <br><br> 2nd STIPULATION AND ORDER AMENDING CASE SCHEDULE |

## STIPULATION

For good cause shown and with the Judge's consent, the Court may modify the deadlines in the scheduling order. Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(5). The "good cause" standard primarily considers the diligence of the party seeking the amendment: the district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Although the existence or degree of prejudice to the opposing party might supply additional considerations for a motion to modify, the focus remains on the moving party's reasons for seeking modification. *See also Johnson*, 975 F.2d at 609 (internal citation omitted).

On January 23, 2019, the Court issued its case schedule order, which established July 29,

STIPULATION & ORDER AMENDING CASE SCHEDULE 2:18-cv-01704-BJR
Page 1 of 4

CARNEY GILLESPIE ISITT PLLP
600 1st Ave, Suite LL08
SEATTLE, WA 98104
MAIN / FAX 206•445•0220
WEB WWW.CGILAW.COM

2019 as the date for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2. (Dkt. # 16.) The Court set the discovery cut-off for August 28, 2019 and the dispositive motion filing deadline for September 27, 2019. (*Id.*) Trial is scheduled for February 24, 2020. (*Id.*) The Court's scheduling order will only be amended for good cause shown. (*Id*. at 2; LCR 16(b)(5).)

On July 15, 2019, the court entered a stipulated order amending the case schedule for short delays of the deadlines for expert reports, all other discovery, and dispositive motions to accommodate scheduling difficulties created by Ms. Poplawski's unforeseen medical unavailability. (Dkt. #21). The remainder of the deadlines were left unchanged from the court's original case schedule.

Anticipating satisfying the current deadline for the exchange of expert reports, the parties seek to amend the current remaining deadlines by about two and a half months to accommodate ongoing settlement negotiations. The parties are currently scheduled for mediation before the Honorable Sharon Armstrong on October 3, 2019. Allowing that process to proceed without the need to satisfy additional deadlines immediately would potentially save considerable time and money, and resources for the parties and for the court.

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, through their respective counsel of record, that good cause exists to amend certain case scheduling deadlines as set forth below:

| JURY TRIAL | May 4, 2020 |
| --- | --- |
| Discovery completed by | November 8, 2019 |
| All dispositive motions must be filed by | November 22, 2019 |
| All motions *in limine* must be filed by | March 3, 2020 |



| | |
|---|---|
| Joint Pretrial Statement | March 9, 2020 |
| Pretrial conference | April 20, 2020 |

RESPECTFULLY SUBMITTED this 27th day of August, 2019.

          CARNEY GILLESPIE ISITT, PLLP

By /s/ Sean P. Gillespie
   SEAN P. GILLESPIE, WSBA #35365
   Attorney for Plaintiff
   600 First Avenue, Suite LL08 Seattle, WA 98104
   T & F: 206-445-0220
   Email: sean.gillespie@CGILaw.com

          CHRISTIE LAW GROUP, PLLC

By     /s/ Thomas P. Miller
   THOMAS P. MILLER, WSBA #34473
   Attorney for Defendant
   2100 Westlake Avenue N, Suite 206
   Seattle, WA 98109
   Telephone: (206) 957-9669
   Fax: (206) 352-7875
   Email: tom@christielawgroup.com

## **ORDER**

    Based upon the foregoing Stipulation, the Court finds that good cause exists to amend the case schedule order as set forth in the Stipulation.

    DATE: August 29, 2019

                                  *Barbara J. Rothstein*
                                  _____
                                  HONORABLE BARBARA J. ROTHSTEIN
                                  United States District Court Judge



**CERTIFICATE OF SERVICE**

I certify that on August 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

*s/Sean Gillespie*
Sean Gillespie

