UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA POPLAWSKI,<br><br>        Plaintiff,<br><br>v.<br><br>ERIC PEDERSEN, et al.,<br><br>        Defendants. | NO. 2:18-cv-01704-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER OF
DISMISSAL - 1
(18:2-cv-01704-BJR)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

**STIPULATION**

Plaintiff Linda Poplawski ("Plaintiff") and defendant Eric Pedersen ("Defendant"), through their counsel of record, stipulate that all claims against defendant may be dismissed with prejudice and without costs to either party.

IT IS SO STIPULATED this 16th day of October, 2019.

                                              CHRISTIE LAW GROUP, PLLC

By      /s/ Thomas P. Miller
       THOMAS P. MILLER, WSBA #34473
       ANN E. TRIVETT, WSBA #39228
       Attorney for Defendant Eric Pedersen
       2100 Westlake Avenue N., Suite 206
       Seattle, WA 98109
       Phone: 206-957-9669
       tom@christielawgroup.com
       ann@christielawgroup.com
       Attorney for Defendant

       CARNEY GILLESPIE ISITT, PLLP

By      /s/ Sean P. Gillespie
       Christopher R. Carney, WSBA #30325
       Kenan L. Isitt, WSBA #35317
       Sean P. Gillespie, WSBA #35365
       600 First Avenue, Suite LL08
       Seattle, WA 98104
       Phone: 206-445-0220
       christopher.carney@CGILaw.com
       kenan.isitt@CGILaw.com
       sean.gillespie@CGILaw.com
       Attorney for Plaintiff

/ / /

/ / /

STIPULATION AND ORDER OF
DISMISSAL - 2
(18:2-cv-01704-BJR)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# ORDER OF DISMISSAL

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the above-entitled matter is hereby dismissed with prejudice and without costs to either party.

DATED this 17th day of October, 2019.

*Barbara J. Rothstein*
HONORABLE BARBARA J. ROTHSTEIN

Presented by:

CHRISTIE LAW GROUP, PLLC

By /s/ Thomas P. Miller
    THOMAS P. MILLER, WSBA #34473
    ANN E. TRIVETT, WSBA #39228
    Attorney for Defendant Eric Pedersen
    2100 Westlake Avenue N., Suite 206
    Seattle, WA 98109
    Phone: 206-957-9669
    tom@christielawgroup.com
    ann@christielawgroup.com

Approved for Entry, Copy Received;
And Notice of Presentation Waived:

CARNEY GILLESPIE ISITT, PLLP

By   /s/ Sean P. Gillespie
    Christopher R. Carney, WSBA #30325
    Kenan L. Isitt, WSBA #35317
    Sean P. Gillespie, WSBA #35365
    600 First Avenue, Suite LL08
    Seattle, WA 98104
    Phone: 206-445-0220
    christopher.carney@CGILaw.com
    kenan.isitt@CGILaw.com
    sean.gillespie@CGILaw.com
    Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 3
(18:2-cv-01704-BJR)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669